STATE v. SLOAN

No. 577P94

Case below: 116 N.C.App. 736

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

STATE v. WESTALL

No. 574P94

Case below: 116 N.C.App. 534

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

UNIVERSAL UNDERWRITERS INS. CO. v. PHOENIX INS. CO.

No. 479P94

Case below: 116 N.C.App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

WINTERS v. LEE

No. 435P94

Case below: 115 N.C.App. 692

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

WOLBARSHT v. BD. OF ADJUSTMENT OF CITY OF DURHAM

No. 576P94

Case below: 116 N.C.App. 638

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.